## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**IN THE MATTER OF:**

Diane D. Poore

CHAPTER 13
CASE NO: 17-41775-mbm
Honorable Marci B McIvor

        Debtor
_____/

## DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY MICHIGAN DEPARTMENT OF TREASURY

**NOW COMES** the debtor(s) by and through counsel, Marrs & Terry, PLLC, and states as follows:

1. Debtor filed a Chapter 13 case on February 9, 2017.

2. Creditor filed proof of claim No. 6 for $5000.00 of priority debt for estimated amounts owing to the state for the 2016 year return and $450 of unsecured non-priority debt for drivers responsibility fees.

3. The Debtors only source of income was from social security and she was not required to file a federal or state return.

4. As no tax return was required and no obligation therefore due, the claim should be disallowed as to the priority portion and allowed as a general unsecured claim only as to the $450 portion of the claim.

**WHEREFORE,** the Debtor asks that this Honorable Court allow Claim 6 as a general unsecured claim in the amount of $450 only.

Dated: May 16, 2017

/s/ Tricia S. Terry
Tricia S. Terry (P59522)
Marrs & Terry, PLLC
6553 Jackson Rd.
Ann Arbor, MI 48103
(734) 663-0555
tterry@marrsterry.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**

                    CHAPTER 13

Diane D. Poore                 CASE NO: 17-41775-mbm

                    Honorable Marci B McIvor

        Debtor
_____/

## ORDER GRANTING DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY MICHIGAN DEPARTMENT OF TREASURY

      This matter having come before the Court by way of objection of the Chapter 13 Debtor(s) to the allowance of above-referenced claim and service having been made with a notice of hearing allowing a thirty (30) day notice period pursuant to F.R.Bankr.P. 3007, the requisite time having passed without a response having been timely served and the Court being otherwise sufficiently advised in the premises;

      **IT IS HEREBY ORDERED** that Claim No.6 is allowed as a general unsecured claim only in the amount of $450 as to the drivers responsibility fee portion of the claim.

      .

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**IN THE MATTER OF:**

                                                            CHAPTER 13

Diane D. Poore                                         CASE NO: 17-41775-mbm
xxx-xx-8351                                             Honorable Marci B McIvor
10886 W Morley Drive Jackson MI 48191
                Debtor
_____/

## NOTICE OF OBJECTION TO CLAIM

The Chapter 13 debtor(s) has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before, June 22, 2017, you or your lawyer must:
 1. File with the court a written response to the objection, explaining your position, at:

                    U.S. Bankruptcy Court
                211 W. Fort Street, Suite 2100
                Detroit, Michigan 48226

 If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.
You must also mail a copy to:

    Marrs & Terry, PLLC                            Chapter 13 Trustee
    6553 Jackson Rd.                                 David Wm. Ruskin
    Ann Arbor, Michigan 48103              1100 Travelers Tower
                                                       26555 Evergreen Rd
                                                       Southfield MI 48076

 2. Attend the hearing on the objection, scheduled to be held on June 29, 2017 at 11:00 a.m. in Courtroom 1875, 211 W Fort St, Detroit, Michigan 48226, unless your attendance is excused by mutual agreement between yourself and the objector's attorney.  (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

    **If you, or your attorney, do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event, the hearing will be cancelled, and the objection sustained.**

Dated:  May 16, 2017                            /s/ Tricia S. Terry
                                                     Tricia S. Terry (P59522)
                                                     Marrs & Terry, PLLC
                                                     6553 Jackson Rd
                                                     Ann Arbor, MI  48103
                                                     (734) 663-0555
                                                     tterry@marrsterry.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**IN THE MATTER OF:**

Diane D. Poore

CHAPTER 13
CASE NO: 17-41775-mbm
Honorable Marci B McIvor

                Debtor
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 6 FILED BY MICHIGAN DEPARTMENT OF TREASURY** and **NOTICE OF OBJECTION TO CLAIM** with the Clerk of the Court using the ECF system which will send notification of such filing to registered ECF participants and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

Michigan Department of Treasury
Bankruptcy Unit
PO Box 30168
Lansing MI 48909

Dated: May 16, 2017

/s/ Bridget Long
Bridget Long
Marrs & Terry PLLC
6553 Jackson Rd
Ann Arbor, MI 48103
(734) 663-0555
blong@marrsterry.com